IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DANNY WILLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:15-CV-1 |
| | § | |
| NOBLE ENVIRONMENTAL | § | |
| POWER, LLC, and NOBEL | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT'S FIRST AMENDED ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW NOBLE ENVIRONMENTAL POWER, LLC, and NOBEL SERVICES, INC. ("Defendants"), and files this Defendants' First Amended Answer, and in support thereof respectfully shows the Court the following:

I.

**ORIGINAL ANSWER**

1. Defendants deny each and every allegation and averment contained and set forth in Plaintiff's First Amended Complaint not specifically admitted below.

2. Paragraph 1 of Plaintiff's Complaint does not require an admission or denial.

3. Paragraph 2 is admitted except insofar as it states or implies Plaintiff's rights under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*. ("ADA") have been violated.

4. Paragraph 3 is admitted.

5. In reference to Paragraph 4, Defendants admit that Nobel Environmental Power, LLC it is a Delaware entity and admits that CT Corporate System is its registered agent. The remaining portions of Paragraph 4 are denied.

6. In reference to Paragraph 5, Defendants admit that its legal counsel agreed to accept service on behalf of Noble Services, Inc. which is a Delaware corporation and further admits that CT Corporate System is its registered agent. The remaining portions of Paragraph 5 are denied.

7. Paragraph 6 is admitted.

8. Paragraph 7 is denied.

9. Paragraph 8 is admitted except insofar as it states or implies Plaintiff's rights under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*. ("ADA") have been violated.

10. Paragraph 9 is admitted as to Plaintiff's receipt of a "Notice of Right to Sue" regarding Defendant. The remaining portions of Paragraph 9 are denied.

11. Paragraph 10 is admitted.

12. Paragraph 11 is admitted.

13. Paragraph 12 is admitted.

14. Paragraph 13 is denied. Plaintiff was terminated on July 24, 2014.

15. Paragraph 14 is admitted.

16. Paragraph 15 is denied.

17. Paragraph 16 is denied.

18. Paragraph 17 is denied to the extent is alleges the existence of an "on duty Emergency Technician who works for Noble."

19. Defendant cannot attest to the truth or falsity of Paragraph 18. It is therefore denied pending further discovery.

20. Paragraph 19 is denied. Plaintiff was terminated on July 24, 2014.

21. Paragraph 20 does not require and admission or denial.

22. Paragraph 21 is denied.

23. Paragraph 22 is denied.

24. Paragraph 23 is denied.

25. Paragraph 24 is denied.

26. Paragraph 25 is denied.

27. Paragraph 26 of Plaintiff's Complaint does not require an admission or denial.

28. Defendant denies that Plaintiff is entitled to any relief sought in this case.

II.

**AFFIRMATIVE DEFENSES**

In addition to the forgoing, Defendant raises the following Affirmative Defense(s):

1. Plaintiff has failed to exhaust his administrative remedies against his employer Nobel Services, Inc.

2. Defendant is not Plaintiff's "employer" for purposes of the ADA.

3. Plaintiff's recovery, if any, is limited by 42 U.S.C. § 1981a.

4. Plaintiff did not have a disability within the meaning of the ADA.

5. Defendant did not regard Plaintiff as having a disability within the meaning of the ADA.

6. Plaintiff's recovery, if any, should be barred as a result of after acquired evidence of misconduct.

7. Plaintiff has failed to mitigate his damages, and therefore, any recovery should be diminished in relevant proportion to his failure to mitigate.

### PRAYER

WHEREFORE, Defendant respectfully requests that this Court enter judgment that Plaintiff takes nothing by his suit and that Defendant have its costs of court and such other relief to which it may show itself justly entitled.

Respectfully submitted,

SPROUSE SHRADER SMITH PLLC
Shawn D. Twing, Texas SBN: 00798008
701 S. Taylor, Suite 500 (79101)
Post Office Box 15008
Amarillo, Texas  79105-5008
Telephone: (806) 468-3300
Facsimile: (806) 373-3454
E-Mail: shawn.twing@sprouselaw.com

By: /s/ Shawn D. Twing
    Shawn D. Twing

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 29th day of March, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorney(s) of record who have consented in writing to accept this Notice as service of this document by electronic means:

>Jeremi Young
>Rachel Rustmann
>The Young Law Firm, P.C.
>1001 S. Harrison, Suite 200
>Amarillo, Texas 79101
>jyoung@youngfirm.com

>     /s/ Shawn D. Twing
>Shawn D. Twing

826381.4