IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DANNY WILLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:15-CV-1 |
| | § | |
| NOBLE ENVIRONMENTAL | § | |
| POWER, LLC and NOBLE SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE COURT:

Defendants Noble Environmental Power, LLC and Noble Services, Inc. move for summary judgment in this employment case on Plaintiff's claim for discrimination in violation of Title I of the Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101—12117 (the "ADA"), respectfully showing the Court as follows:

1. A Defendant may, at any time, move with or without supporting affidavits for summary judgment in the party's favor as to all or any part of Plaintiff's causes of action. FED. R. CIV. P. 56(b). Summary judgment is appropriate when no genuine issue of material fact exists and the movant is entitled to judgment as a matter of law. *Dutcher v. Ingalls Shipbuilding*, 53 F.3d 723, 725 (5th Cir. 1995).

2. In support of this Motion for Summary Judgment, Defendants rely upon the following evidence, which is attached to Defendants Noble Environmental Power, LLC and Noble Services, Inc.'s Brief in Support of Motion for Summary Judgment as follows:

   a. Affidavit of John Bahouth, Jr.

      b. Affidavit of Linda Weller

      c. Deposition of Danny Willis

      d. Medical Records of Danny Willis

3. Defendants hereby file this Motion for Summary Judgment, and ask that Plaintiff's claims be dismissed. In order to recover under the ADA, Plaintiff bears the burden of establishing a *prima facie* case of discrimination. Plaintiff is unable to meet this burden because he was not disabled, there is no record of a disability, and Defendants did not regard Plaintiff as disabled. Further, Plaintiff's alleged disability is dehydration, which is transitory and minor under the ADA as a matter of law and, therefore, not actionable. Further, Plaintiff's unsafe work practices, which included sleeping during safety meetings, constitutes a legitimate, non-discriminatory reason for termination. As a result, Plaintiff cannot recover under the ADA.

4. In accordance with Local Rule 7.1(h), Defendants prepared a Brief in Support of its Motion for Summary Judgment, which is filed with this Motion for Summary Judgment, and incorporated by reference as if set forth verbatim.

5. Defendants ask that this matter be set for hearing, and that Plaintiff's causes of action be dismissed with prejudice.

FOR THESE REASONS, Defendants pray that the Court grant this Motion for Summary Judgment and that Plaintiff's causes of action be dismissed with prejudice, and for any other relief to which Defendants may be justly entitled.

        SPROUSE SHRADER SMITH PLLC
        Shawn D. Twing, Texas Bar No: 00798008
        Shawn.Twing@SprouseLaw.com
        701 S. Taylor, Suite 500
        (79101) Post Office Box 15008
        Amarillo, Texas 79105-5008
        Telephone: (806) 468-3300
        Facsimile: (806) 373-3454


  By: /s/ Shawn D. Twing
      Shawn. D. Twing
  **ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

It is hereby certified that on the 3rd day of August, 2015, a true and correct copy of the above and foregoing document was sent electronically to the following attorney of record:

    Jeremi Young
    The Young Law Firm, P.C.
    1001 S. Harrison, Suite 200
    Amarillo, Texas 79101
    jyoung@youngfirm.com


      /s/   Shawn D. Twing
      Shawn. D. Twing